# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHADALE L. WILLIAMS, | ) | NO. CV 14-5394-TJH (MAN) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| (CDCR) CHIEF(S) J.D. LOZANO, et al., | ) | |
| Respondents. | ) | |

Pursuant to the Court's Order: Dismissing Petition Without Prejudice; and Denying Certificate of Appealability,

IT IS ADJUDGED that the above-captioned action is dismissed, without prejudice, for failure to exhaust available state remedies.

DATED: July 21, 2014

_____
TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE